1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11

TORO,

                          Plaintiff,

v.

OOIL, INC., et al.,

                          Defendant.

No. C06-2050

MINUTE ORDER

12
13

          The following minute order is made by the direction of the court, the Honorable Marsha J.

Pechman:

14
15
16
17

          The parties have not complied with the order directing that a joint status report be filed by

March 21, 2006.   The time for filing the report is hereby extended to ten days from the date of this

order.  If the report is not filed by that time, sanctions may be ordered.  Sanctions may include

dismissal of the action without prejudice.

18

          Filed this 27th  day of March, 2006.

19
20

                                        BRUCE RIFKIN, Clerk

21
22
23

                          By:      /s Mary Duett
                                   Deputy Clerk

24
25
26

MINUTE ORDER  - 1